UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CATHLEEN L. DENHOF,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:15-CV-240

Hon. Gordon J. Quist

## ORDER APPROVING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by Magistrate Judge Kent on December 4, 2017. The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the December 4, 2017, Report and Recommendation (ECF No. 24) is **approved and adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for award of attorney's fees (ECF No. 22) is **GRANTED**. Plaintiff's counsel is awarded attorney's fees in the amount of $7,660.48. Plaintiff's counsel shall **refund** to Plaintiff the previously-awarded EAJA fee in the amount of $4,300.00.

Dated: December 20, 2017

                /s/ Gordon J. Quist
                GORDON J. QUIST
                UNITED STATES DISTRICT JUDGE